ADAM WANG (BAR NO. 201233)                         *ORDER E-FILED 10-19-2009*
ADAM PEDERSEN (BAR NO. 261091)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268
adamqwang@gmail.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTRADA et. al.,<br>Plaintiffs,<br>vs.<br>ZARAGOSA et al. and Does 1-10,<br>Defendants. | Case No.: **C08-05262**<br><br>**STIPULATION TO REFER MATTER FOR AN EARLY SETTLMEMENT CONFERENCE; [XXXXXXXX]X ORDER THEREON** |

      Plaintiffs **MARIN PEREZ** and **JESUS ESTRADA** and Defendant **JOSE ZARAGOSA** through their respective counsel hereby stipulate and agree to attend an Early Settlement Conference before a Magistrate Judge within 45 days of the entry of this order or as soon thereafter as the schedule of the assigned Magistrate Judge will allow.

      Currently, plaintiff and Defendant have participated in a court-sponsored mediation and the parties have also exchanged initial rounds of written discovery. Both parties have, at this point, a relatively complete conception of the issues and evidence on both sides and believe settlement remains the best option. Parties were able to make substantial movement toward settlement at the mediation, but were unable to fully close the gap. Parties believe a settlement conference before a magistrate judge is the best way to help parties to come together to a position acceptable to both sides.

1  The parties request that the Early Settlement Conference schedule within 45 days after the
2  entry of this order because they have already commenced settlement discussions and have already
3  exchanged initial discoveries.

6  ~~PROPOSED~~ ORDER

7  GOOD CAUSE APPEARING, pursuant to parties' stipulation and ADR Local Rule 7-2,
8  IT IS HEREBY ORDERED that this matter be referred to an Early Settlement Conference before
9  the Honorable **Magistrate Judge Trumbull, with the conference to be completed within 45 days of the entry of this order, according to her availability.**

**Dated:   October 19, 2009**

**Howard R. Lloyd**
**United States Magistrate Judge**

12  Dated: October 13, 2009

By:   /s/Adam Pedersen
ADAM PEDERSEN
Attorney for Plaintiffs

15  Dated: October 13, 2009

By:   [signature]
Attorney for Defendants