*E-FILED 04-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE JESUS ESTRADA and MARTIN PEREZ,<br><br>    Plaintiffs,<br>  v.<br><br>JOSE ZARAGOSA dba JOSE ZARAGOSA LANDSCAPING,<br><br>    Defendant.<br>_____/ | No. C08-05262 HRL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This matter was stayed last year due to defendant's filing for bankrupcty protection. (*See* Docket No. 24). Since then, there has been no indication from the parties of any proceeding in the bankruptcy matter that would allow the instant action to go forward, and this court finds no reason to keep this case on its docket of active litigation. Accordingly, the clerk shall administratively close the file. Either party may file a motion to reopen this matter should a change in circumstances warrant it.

SO ORDERED.

Dated:   April 18, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:08-cv-05262-HRL Notice has been electronically mailed to:

2  Adam Wang      adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com

3  Adam Lee Pedersen      alpedersen@gmail.com

4  Scott Douglas Jordan      Jordan-EstateLaw@comcast.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2